# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| LASHIFY, INC., | |
| Plaintiff, | |
| | Civil No. 6:22-cv-00776-ADA-DTG |
| v. | |
| | **JURY TRIAL DEMANDED** |
| QINGDAO LASHBEAUTY COSMETIC CO., LTD. d/b/a WORLDBEAUTY, | |
| Defendant. | |
| LASHIFY, INC., | |
| Plaintiff, | |
| | Civil No. 6:22-cv-00777-ADA-DTG |
| v. | |
| | |
| QINGDAO HOLLYREN COSMETICS CO., LTD. d/b/a HOLLYREN, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT MOTION TO AMEND CASE SCHEDULE AND TRIAL DATE

Plaintiff Lashify, Inc. ("Lashify") and defendants Qingdao Lashbeauty Cosmetic Co., Ltd. d/b/a Worldbeauty and Qingdao Hollyren Cosmetics Co., Ltd. d/b/a Hollyren ("Defendants") jointly request that the Court amend the case schedule as set forth in the attached proposed order.

The parties respectfully submit that good cause exists for amending the schedule. The amendment will provide the parties additional time to complete necessary discovery. The parties issued discovery requests early in this case and continue to work in the hope of resolving discovery disputes without the need for the Court's intervention. The Court also recently ordered that Defendants must produce additional witnesses for deposition (Dkt. 94). Defendants are currently

1

investigating mutually agreeable dates for the depositions, but do not believe that the depositions can be completed within the current fact discovery deadline, as the ten witnesses are located in China and will need to obtain travel visas and travel to Hong Kong for deposition.  Defendants are also currently working to complete their ESI collection and production from China and resolve any disputes with Lashify regarding the same within the case schedule. The parties respectfully request additional time to complete their discovery efforts.

The proposed amended schedule also takes into consideration the availability of potential trial witnesses and counsel, permitting them to attend the new trial date requested in this motion.

The parties do not seek this extension for purposes of delay.  As illustrated by the proposed order attached hereto, the new dates do not differ greatly from the dates in the current governing schedule.

The parties conferred, and jointly request the relief sought in this motion.  Accordingly, the parties respectfully request the Court enter the proposed scheduling order attached hereto.

Dated:  December 7, 2023

   */s/ Jonathan T. McMichael*

Saina S. Shamilov, CSB No. 215636
Email: sshamilov@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94014
650.988.8500
Fax: 650-938-5200

Bryan A. Kohm, CSB No. 233276
Email: bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
415.875.2300
Fax:  415.281.1350

Melanie L. Mayer, WA Bar No. 36971
Email: mmayer@fenwick.com
Jonathan T. McMichael, WA Bar No. 49895
Email: jmcmichael@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA  98101
206.389.4510
Fax:  206.389.4511

Eric A. Menist, NY Bar No. 5721568
Email: emenist@fenwick.com
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY  10010-6035
212.430.2600

*Of Counsel*:

Deron R. Dacus (TX Bar #00790553)
Email: ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
903.705.1117
Fax: 903.581.2543

Attorneys for Plaintiff
*Lashify, Inc.*

Respectfully submitted,

   */s/ Erin C. Kolter*

Hui Shen
Dorsey & Whitney LLP
1401 New York Ave NW #900
Washington, DC 20005
202.442.3183
Email: shen.hui@dorsey.com

Mark A. Miller
Dorsey & Whitney LLP
111 S. Main St., Suite 2100
Salt Lake City, UT 84111
801.933.4068
Fax: 801.933.7373
Email: miller.mark@dorsey.com

B. Russell Horton
George, Brothers, Kincaid & Horton, L.L.P.
114 West 7th Street, Suite 1100
Austin, TX 78701
512.495.1400
Fax: 512.499.0094
Email: rhorton@gbkh.com

Erin C. Kolter
Dorsey & Whitney LLP
701 5th Avenue, Ste. 6100
Seattle, WA  98104
206.903.2390
Email:  kolter.erin@dorsey.com

Attorneys for Defendants
*Qingdao Hollyren Cosmetics Co., Ltd. d/b/a
Hollyren and Qingdao Lashbeauty Cosmetic
Co., Ltd. d/b/a Worldbeauty*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on **December 7, 2023**.

*/s/ Jonathan T. McMichael*
Jonathan T. McMichael