UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LASHIFY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>QINGDAO LASHBEAUTY COSMETIC CO., LTD. d/b/a WORLDBEAUTY,<br><br>    Defendant. | Case No. 6:22-cv-00776-ADA<br><br>JURY TRIAL DEMANDED |
| LASHIFY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>QINGDAO HOLLYREN COSMETICS CO., LTD. d/b/a HOLLYREN,<br><br>    Defendant. | Case No. 6:22-cv-00777-ADA<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Pursuant to the parties' joint Motion to Extend Deadlines, and finding good cause therein, the Court ORDERS that the following amended schedule will govern deadlines up to and including the trial of this matter as follows:

1

| Current Deadline | Proposed Deadline | Item |
|---|---|---|
| 12/15/2023 | 2/15/2024 | Close of Fact Discovery. |
| 12/21/2023 | 2/22/2024 | Opening Expert Reports. |
| 1/22/2024 | 3/21/2024 | Rebuttal Expert Reports. |
| 2/16/2024 | 4/16/2024 | Close of Expert Discovery. |
| 2/23/2024 | 4/23/2024 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 3/15/2024 | 5/15/2024 | Dispositive motion deadline and Daubert motion deadline. *See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| 4/1/2024 | 6/3/2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 4/12/2024 | 6/12/2024 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates |
| 4/12/2024 | 6/12/2024 | Serve objections to pretrial disclosures/serve rebuttal disclosures. |
| 4/26/2024 | 6/26/2024 | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| 5/3/2024 | 7/12/2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| 5/10/2024 | 7/19/2024 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 5/17/2024 | 7/26/2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |

| Current Deadline | Proposed Deadline | Item |
|---|---|---|
| 5/23/2024 | 8/2/2024 | Final Pretrial Conference. Held in person unless otherwise requested. |
| 6/17/2024[1] | 8/26/2024 | Jury Selection/Trial. |

Signed this _____ day of December, 2023

                                                        _____
                                                        DEREK T. GILLILAND
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-*Markman* that are consistent with the Court's default deadlines in light of the actual trial date.