# EXHIBIT 6A

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LASHIFY, INC., <br><br> Plaintiff, <br><br> v. <br><br> QINGDAO LASHBEAUTY COSMETIC CO., LTD. d/b/a WORLDBEAUTY, <br><br> Defendant. | Civil Action No. 6:22-cv-00776-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff Lashify, Inc. ("Lashify") expects to call at trial the percipient and expert witnesses identified below. Lashify may call individuals listed on Defendant's trial witness list, as well as individuals necessary for rebuttal. Lashify intends to cross-examine any witnesses Defendant presents and reserves the right to adjust the order and manner in which it presents witnesses based on Defendant's rebuttal case and case-in-chief. In addition, Lashify may present deposition testimony in the event that any of the individuals listed below as witnesses that Lashify intends to call become unable to attend trial, are Rule 30(b)(6) witnesses, or are otherwise unable to provide live testimony.

Lashify has attempted to provide an accurate witness list at this time, including order, manner of presentation, and estimated time, but adjustments may be necessary, including based on pretrial rulings and/or presentation of Defendant's witnesses at trial.

Lashify reserves the right to amend this disclosure, including in view of Defendant's disclosures and the Court's rulings, and as otherwise appropriate in view of developments before trial.

| Witness | Will Call [live or by deposition][1] | May Call [live or by deposition] | Est. Time |
|---|---|---|---|
| Sahara Lotti | X | | 1.5 |
| Haleh Modarres | | X | <0.5 |
| Marcie Smith | | X | <0.5 |
| Vivian Baker | X | | 1.5 |
| Samuel Gido | X | | 3 |
| Erich Joachimsthaler | X | | 0.5 |
| Gareth Macartney | X | | 1 |
| Kichul Ahn[2] | | X | <0.5 |
| Shelley Kim | | X | <0.5 |
| Winnie Lee | | X | <0.5 |
| Hyunkoo Moon | | X | <0.5 |
| Alicia Zeng | | X | <0.5 |
| Patrick Ellsworth | | X | <0.5 |
| Helen Li | | X | 0.5 |
| Simin Sun | | X | 0.5 |
| Celina Zhang | | X | <0.5 |
| Tina Yin | | X | <0.5 |
| Steven Shi | | X | <0.5 |

---

[1] Lashify expects the listed witnesses to be available for live testimony, but due to the potential for circumstances beyond Lashify's control, Lashify reserves the right to designate witnesses and present their testimony by deposition should the need arise. Unforeseen circumstances may also impact the order in which Lashify presents witnesses and the way Lashify presents them.

[2] Lashify reserves the right to object to Defendant's reliance on testimony and deposition transcripts of third-party witnesses from other cases, including the depositions of witnesses from KISS Nail Products, Inc. and Artemis Family Beginnings d/b/a Lilac St., including for the reasons stated in Lashify's motions to strike and motions *in limine*.

| Witness | Will Call [live or by deposition][1] | May Call [live or by deposition] | Est. Time |
|---|---|---|---|
| Chao Yu | | X | <0.5 |
| Nick Jia | | X | <0.5 |
| Lucy Yu | | X | <0.5 |
| Sharon Liu | | X | <0.5 |
| Lilith Wang | | X | <0.5 |
| Yawen Sun | | X | <0.5 |

Dated: July 11, 2024

*Of Counsel*:

Deron R. Dacus (TX Bar #00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
903.705.1117
Fax: 903.581.2543

FENWICK & WEST LLP

By: */s/Melanie L. Mayer |*
Melanie L. Mayer

Saina S. Shamilov, CSB No. 215636
sshamilov@fenwick.com
J. David Hadden, CSB No. 176148
dhadden@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94014
650.988.8500
Fax: 650-938-5200

Bryan A. Kohm, CSB No. 233276
bkohm@fenwick.com
Shannon Turner, CSB No. 310121
sturner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
415.875.2300
Fax:  415.281.1350

Melanie L. Mayer, WA Bar No. 36971
mmayer@fenwick.com
Jeffrey A. Ware, WA Bar No. 43779
jware@fenwick.com
Jonathan T. McMichael, WA Bar No. 49895
jmcmichael@fenwick.com
Daniel J. Emam, WA Bar No. 59129
demam@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA  98101
206.389.4510
Fax:  206.389.4511

Todd Tucker, OH Bar No. 0065617
ttucker@calfee.com
Andrew Alexander, OH Bar No. 0091167
aalexander@calfee.com
Mark W. McDougall, OH Bar No. 0080698
mmcdougall@calfee.com
Calfee, Halter & Griswold LLP
1405 East Sixth Street
Cleveland, OH 44114
216.622.8634
Fax: 216.241.0816

Attorneys for Plaintiff
Lashify, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LASHIFY, INC., <br><br> Plaintiff, <br><br> v. <br><br> QINGDAO LASHBEAUTY COSMETIC CO., LTD. d/b/a WORLDBEAUTY, <br><br> Defendant. | CASE NO. 6:22-CV-00776-ADA <br><br> JURY TRIAL DEMANDED |
| QINGDAO LASHBEAUTY COSMETIC CO., LTD. d/b/a WORLDBEAUTY, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> LASHIFY, INC., <br><br> Counterclaim Defendant. | |

# DEFENDANT QINGDAO LASHBEAUTY COSMETIC CO., LTD. D/B/A WORLDBEAUTY'S OBJECTIONS TO LASHIFY'S WITNESS LIST

Pursuant to the Court's Amended Standing Order on Pretrial Procedures and Requirements in Civil Cases and the Court's Fifth Amended Scheduling Order (ECF No. 119 in Case No. 6:22-cv-00777-ADA-DTG), Defendant Qingdao Lashbeauty Cosmetic Co., Ltd. d/b/a Worldbeauty ("Worldbeauty") hereby provides its objections to Plaintiff's June 5, 2024 Preliminary Witness List.  Worldbeauty reserves the right to amend and supplement these objections, including in view of Plaintiff's disclosures and the Court's rulings, and as otherwise appropriate in view of developments before trial.

Worldbeauty objects to Plaintiff's inclusion of Alicia Zeng and Patrick Ellsworth on its witness list as live witnesses or witnesses by deposition. To the extent Lashify intends to call Ms. Zeng or Mr. Ellsworth by deposition, Worldbeauty objects that the deposition transcripts were not produced in discovery in this case and/or were not timely produced in discovery in this case (if later produced). Worldbeauty further objects that any testimony from Inv. No. 337-TA-1226 violates the protective order from that proceeding, is irrelevant to the issues in this case (FRE 401-402), is unfairly prejudicial and will lead to confusion of the issues (FRE 403), is inadmissible hearsay (FRE 801-802), and is subject to at least one of this Court's standard motion *in limine* rulings. Worldbeauty incorporates by reference its objections to Plaintiff's deposition designations for any deposition testimony of Ms. Zeng and Mr. Ellsworth.

Worldbeauty objects to Plaintiff's inclusion of any Hollyren witnesses on its witness list as live witnesses or witnesses by deposition. Case No. 6:22-cv-776 and Case No. 6:22-cv-777 will be tried separately pursuant to 35 U.S.C. § 299, and any testimony from Hollyren witnesses in Case No. 6:22-cv-776 is irrelevant to the issues in this case (FRE 401-402), is unfairly prejudicial and will lead to confusion of the issues (FRE 403), and is subject to at least one of this Court's standard motion *in limine* rulings. Moreover, the testimony or deposition

designations may violate the protective order in this case.

Worldbeauty incorporates by reference its objections to Plaintiff's deposition designations.

DATED: June 20, 2024                    Respectfully submitted,

By: /s/ Mark Miller
Hui Shen
Payton Elizabeth George
**DORSEY & WHITNEY LLP**
1401 New York Ave NW #900
Washington, DC 20005
202.442.3183
shen.hui@dorsey.com
george.payton@dorsey.com

Mark A. Miller
Brett L. Foster
Tamara Kapaloski
**DORSEY & WHITNEY LLP**
111 S. Main St., Suite 2100
Salt Lake City, UT 84111
801.933.4068
Fax: 801.933.7373
miller.mark@dorsey.com
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

Erin C. Kolter
Geoffrey M. Godfrey
**DORSEY & WHITNEY LLP**
701 5th Avenue, Ste. 6100
Seattle, WA  98104
206.903.2390
kolter.erin@dorsey.com
godfrey.geoff@dorsey.com

Sarani Rangarajan Millican
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Ste. 1500
Minneapolis, MN  55402
515-451-4731

3

millican.sarani@dorsey.com

Paige Arnette Amstutz
**SCOTT, DOUGLASS, MCCONNICO, LLP**
303 Colorado Street, Ste. 2400
Austin, TX  78701
pamstutz@scottdoug.com

*Counsel for Defendant and Counterclaim-Plaintiff Qingdao Lashbeauty Cosmetic Co., Ltd. d/b/a Worldbeauty*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on June 20, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via email.

*/s/ Erin Kolter*
Erin Kolter
