# EXHIBIT 6B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LASHIFY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>QINGDAO LASHBEAUTY COSMETIC CO., LTD. d/b/a WORLDBEAUTY,<br><br>    Defendant. | CASE NO. 6:22-CV-00776-ADA<br><br>JURY TRIAL DEMANDED |
| QINGDAO LASHBEAUTY COSMETIC CO., LTD. d/b/a WORLDBEAUTY,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>LASHIFY, INC.,<br><br>    Counterclaim Defendant. | |

# DEFENDANT QINGDAO LASHBEAUTY COSMETIC CO., LTD. D/B/A WORLDBEAUTY'S SECOND AMENDED WITNESS LIST

Pursuant to the Court's Amended Standing Order on Pretrial Procedures and Requirements in Civil Cases and the Court's Amended Scheduling Order (Dkt. No. 205), Defendant Qingdao Lashbeauty Cosmetic Co., Ltd. d/b/a Worldbeauty ("Worldbeauty") hereby identifies the trial witnesses it will or may call live or by deposition:

| Order | Witness | Will Call | May Call | Live or Deposition | Estimated Time for Examination |
|---|---|---|---|---|---|
| TBD | Helen Li<br>Worldbeauty<br>[CONTACT THROUGH COUNSEL] | X | | Live | 0.5-1 hours |
| TBD | Hyunkoo Moon<br>c/o Tommy Martin<br>Baker Botts L.L.P.<br>700 K Street, NW<br>Washington, DC 20001<br>(202) 639-7752 | | X | Deposition/ Prior Trial Testimony | <0.5 hour |
| TBD | Youlmae Lee<br>c/o Tommy Martin<br>Baker Botts L.L.P.<br>700 K Street, NW<br>Washington, DC 20001<br>(202) 639-7752 | | X | Deposition/ Prior Trial Testimony | <0.5 hour |
| TBD | Kichul Ahn<br>c/o Tommy Martin<br>Baker Botts L.L.P.<br>700 K Street, NW<br>Washington, DC 20001<br>(202) 639-7752 | | X | Deposition/ Prior Trial Testimony | <0.5 hour |
| TBD | Yeo Jin Kim<br>c/o Tommy Martin<br>Baker Botts L.L.P.<br>700 K Street, NW<br>Washington, DC 20001<br>(202) 639-7752 | | X | Deposition/ Prior Trial Testimony | <0.5 hour |
| TBD | Sylvia D. Hall-Ellis | | X | Deposition/ Prior Trial | <0.5 hour |

|  |  |  |  | Testimony |  |
|---|---|---|---|---|---|
| TBD | Dr. Jimmy W. Mays [CONTACT THROUGH COUNSEL] | X |  | Live | 1.5-2 hours |
| TBD | Laura DuPriest [CONTACT THROUGH COUNSEL] | X |  | Live | 2 hours |
| TBD | Dr. David Gal [CONTACT THROUGH COUNSEL] | X |  | Live | 1 hour |
| TBD | Lance E. Gunderson [CONTACT THROUGH COUNSEL] | X |  | Live | 1 hour |
| TBD | Sahara Lotti Plaintiff Lashify, Inc. |  | X | Live/Deposition | <0.5 hour |
| TBD | Haleh Modarres Plaintiff Lashify, Inc. |  | X | Live/Deposition | <0.5 hour |
| TBD | Marcia Smith Plaintiff Lashify, Inc. |  | X | Live/Deposition | <0.5 hour |

DATED:  July 17, 2024         Respectfully submitted,

By: */s/ Mark Miller*

Hui Shen
Payton Elizabeth George
**DORSEY & WHITNEY LLP**
1401 New York Ave. NW, Suite 900
Washington DC, 20005
Telephone: (202) 442-3000
Email: shen.hui@dorsey.com
Email: george.payton@dorsey.com

Mark Miller
Brett Foster
Tamara Kapaloski
**DORSEY & WHITNEY LLP**
111 S. Main St., Suite 2100
Salt Lake City, Utah 84111
Telephone: (801) 933-7373
Email: miller.mark@dorsey.com
Email: foster.brett@dorsey.com
Email: kapaloski.tammy@dorsey.com

3

Geoffrey M. Godfrey
Erin Kolter
Emily Martin-Shakya
**DORSEY & WHITNEY LLP**
701 Fifth Ave., Suite 6100
Seattle, Washington 98104
Telephone: (206) 903-8800
Email:godfrey.geoff@dorsey.com
Email: kolter.erin@dorsey.com
Email: martin.shakya.emily@dorsey.com

Sarani Rangarajan Millican
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Ste. 1500
Minneapolis, MN 55402
Telephone: (515) 451-4731
Email: millican.sarani@dorsey.com

Paige Arnette Amstutz
Texas State Bar No. 00796136
Robert ("Robby") Pierce Earle
Texas State Bar No. 24124566
**SCOTT DOUGLASS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Fax: (512) 495-6399
Email: pamstutz@scottdoug.com
Email: rearle@scottdoug.com

*Counsel for Defendant and Counterclaim-Plaintiff Qingdao Lashbeauty Cosmetic Co., Ltd. d/b/a Worldbeauty*

4

**CERTIFICATE OF SERVICE**

 I hereby certify that all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on July 17, 2024.

*/s/ Mark Miller*
Mark Miller

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LASHIFY, INC., <br><br> Plaintiff, <br><br> v. <br><br> QINGDAO LASHBEAUTY COSMETIC CO., LTD. d/b/a WORLDBEAUTY, <br><br> Defendant. | Civil Action No. 6:22-cv-00776-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF LASHIFY, INC.'S OBJECTIONS TO DEFENDANT'S WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i) and the Court's Fifth Amended Scheduling Order, plaintiff Lashify, Inc. ("Lashify") hereby objects to defendant Qingdao Lashbeauty Cosmetic Co., Ltd. d/b/a Worldbeauty's ("Defendant") witness list as follows.

Lashify objects to the witness list to the extent Defendant included Lashify's employees and other witnesses who are outside of the Court's subpoena power.

Lashify objects to testimony subject to the applicable rules against, hearsay, irrelevant material, and undue prejudice.  Fed. R. Evid. 801-803, 401-403.

Lashify further objects to any witness testimony, including expert testimony, that is directed to the subject matter of Lashify's summary judgment motions, motions to strike, motions *in limine*, or *Daubert* motions.

Lashify objects to the witness list to the extent Defendant seeks to present deposition testimony of Lashify's witnesses who are expected to testify live at trial, including for example Sahara Lotti, Haleh Modarres, and Marcie Smith.  *See* Fed. R. Civ. P. 32.

1

Lashify objects to the witness list to the extent Defendant seeks to present deposition testimony of party witnesses or third parties taken in connection with other cases, including for example the testimony of Hyunkoo Moon, Youlmae Lee, Kichul Ahn, Yeo Jin Kim, and Sylvia D. Hall-Ellis. *See* Fed. R. Civ. P. 32; *see also* 5 U.S.C. § 556(d) and Fed. R. Evid. 801-802, 804, 401-403. This includes testimony of third parties that is subject to Lashify's motions for summary judgment, motion to strike, or other motions in the case. In the event the Court permits reliance on sworn deposition testimony of these witnesses in other cases, Lashify has identified designated testimony to be played or presented from each of the witnesses. Lashify further objects to the witness list to the extent Defendant intends to present "Prior Trial Testimony" from any of these witnesses, at least because Defendant has not produced or identified any sworn testimony or testimony that would be admissible in this case. *See* Fed. R. Evid. 801-802, 804; *see also Gov't of the Canal Zone v. P. (Pinto)*, 590 F.2d 1344, 1348 (5th Cir. 1979); *Barraza v. U.S.*, 526 F.Supp.2d 637, 641-42 (W.D. Tex. 2007).

Lashify objects to Defendant's reliance on testimony of its expert witnesses to the extent the witness offers testimony that is (1) outside the scope of his or her expert reports, (2) subject to a Lashify *Daubert* motion, summary judgment motion, motion to strike, or motion *in limine*, or (3) otherwise objectionable under the applicable rules against hearsay, irrelevant material, and undue prejudice, or the rules governing appropriate expert testimony. Fed. R. Evid. 401-403, 702, 801-802.

Lashify reserves the right to modify, amend, or supplement these objections based on continuing case developments before and throughout trial. Lashify discloses its objections here without prejudice to any additional objections that Lashify has interposed or will interpose through

motions *in limine*, summary judgment motions, motions to exclude under *Daubert*, motions to strike, or during trial.

<table>
<tr><td>

Dated: July 12, 2024

*Of Counsel*:

Deron R. Dacus (TX Bar #00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
903.705.1117
Fax: 903.581.2543

</td><td>

FENWICK & WEST LLP

By: /s/Melanie L. Mayer
    Melanie L. Mayer

    Saina S. Shamilov, CSB No. 215636
    sshamilov@fenwick.com
    J. David Hadden, CSB No. 176148
    dhadden@fenwick.com
    FENWICK & WEST LLP
    801 California Street
    Mountain View, CA  94014
    650.988.8500
    Fax: 650-938-5200

    Bryan A. Kohm, CSB No. 233276
    bkohm@fenwick.com
    Shannon Turner, CSB No. 310121
    sturner@fenwick.com
    FENWICK & WEST LLP
    555 California Street, 12th Floor
    San Francisco, CA  94104
    415.875.2300
    Fax:  415.281.1350

    Melanie L. Mayer, WA Bar No. 36971
    mmayer@fenwick.com
    Jeffrey A. Ware, WA Bar No. 43779
    jware@fenwick.com
    Jonathan T. McMichael, WA Bar No. 49895
    jmcmichael@fenwick.com
    Daniel J. Emam, WA Bar No. 59129
    demam@fenwick.com
    FENWICK & WEST LLP
    401 Union Street, 5th Floor
    Seattle, WA  98101
    206.389.4510
    Fax:  206.389.4511

    Andrew Alexander, OH Bar No. 0091167
    aalexander@calfee.com
    Todd Tucker, OH Bar No. 0065617
    ttucker@calfee.com
    Mark W. McDougall, OH Bar No. 0080698

</td></tr>
</table>

mmcdougall@calfee.com
Calfee, Halter & Griswold LLP
1405 East Sixth Street
Cleveland, OH 44114
216.622.8634
Fax: 216.241.0816

Attorneys for Plaintiff
Lashify, Inc.

4