UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LASHIFY, INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL NO. W-22-CV-00776-ADA | |
| § | | |
| QINGDAO LASHBEAUTY COSMET- § | | |
| IC CO., LTD., § | | |
| § | | |
| Defendant. § | | |
| LASHIFY, INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL NO. W-22-CV-00777-ADA | |
| § | | |
| QINGDAO HOLLYREN COSMETICS § | | |
| CO., LTD, § | | |
| § | | |
| Defendant. § | | |

## SUPPLEMENTAL CLAIM CONSTRUCTION ORDER

Before the Court are the parties' supplemental claim construction briefs. ECF Nos. 210; 211; 236; 237.[1] Having considered the parties' briefs, the relevant facts, and the applicable law, the Court enters the following construction:

| Term | Lashify's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|
| "artificial hairs" | Plain and ordinary meaning, wherein the plain and ordinary meaning excludes human hair | Plain and ordinary meaning, wherein the plain and ordinary meaning does not exclude human hair | Plain and ordinary meaning, wherein the plain and ordinary meaning does not exclude human hair |

---

[1] The parties filed essentially identical briefs in both cases. All ECF citations are therefore to the docket in the *Qingdao Lashbeauty* case, No. 6:22-cv-776, unless otherwise stated.

**SIGNED** this 15th day of August, 2024.

                                                        *[signature]*
                                                        ALAN D ALBRIGHT
                                                        UNITED STATES DISTRICT JUDGE